KATE CORCORAN, as Administratrix, etc., of JOHN H. HOGAN, Deceased, Respondent, v. RED HOOK LIGHT AND POWER COMPANY, Appellant, Impleaded with FRED H. SCHOMBERG, Defendant.— Judgment and order

reversed and new trial granted, costs to abide the event, on the ground that the verdict is contrary to the weight of evidence. Jenks, P. J., Thomas, Carr and Putnam, JJ., concurred; Stapleton, J., voted to affirm.